■ The People of the State of New York, Respondent, v Kenneth Graham, Appellant. [688 NYS2d 890] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Lott, J.), rendered November 8, 1996, convicting him of robbery in the first degree, robbery in the second degree, and criminal possession of a weapon in the second degree, upon a jury verdict, and imposing sentence. The appeal brings up for review the denial, after a hearing, of that branch of the defendant's omnibus motion which was to suppress identification testimony.

Ordered that the judgment is affirmed.

Contrary to the defendant's assertions on appeal, the lineup procedure was not unduly suggestive (*see, People v Chipp,* 75 NY2d 327, *cert denied* 498 US 833; *People v Gelzer,* 224 AD2d 443; *People v Bookman,* 232 AD2d 498).

The sentence imposed was neither harsh nor excessive (*see, People v Suitte,* 90 AD2d 80).

The defendant's remaining contentions are either unpreserved for appellate review or without merit. Ritter, J. P., Friedmann, McGinity and Smith, JJ., concur.